```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
UNITED STATES OF AMERICA,                                              :
                                                                       :
                -v-                                                    :      20-CR-126 (LTS)
                                                                       :
JORGE GUTIERREZ,                                                       :
                                                                       :
                        Defendant.                                     :
                                                                       :
-----------------------------------------------------------------------X
```

## ORDER

The Court has received a letter dated May 21, 2021, from counsel for Defendant Jorge Gutierrez, submitted directly to chambers by email. Defense counsel's request that the Court file the unredacted version of that letter under seal, to protect Defendant's sensitive medical information, is granted. Defense counsel shall promptly file the redacted version of the May 21, 2021, letter on the public docket. The Court will file the unredacted version under seal.

SO ORDERED.

Dated: May 25, 2021                                   /s/ Laura Taylor Swain
       New York New York                              LAURA TAYLOR SWAIN
                                                      Chief United States District Judge