UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-                                              20-CR-126 (LTS)

JORGE GUTIERREZ and SHELBY HINES,

               Defendants.

------------------------------------------------------------------------X

## ORDER

The Court has requested that a pretrial conference in these cases take place on **August 12, 2021, at 12:00 p.m.**, in Courtroom 17C. No conference date, time, or modality can be confirmed before the end of the preceding week, so counsel are requested to keep their calendars as open as possible between the hours of 9 a.m. and 3 p.m. on August 12, 2021, until further notice.

    SO ORDERED.

Dated: New York, New York
          July 30, 2021

                                                          /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                           Chief United States District Judge