UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                        No. 20-CR-126-LTS

JORGE GUTIERREZ,                                     <u>Order</u>

        Defendant.

-------------------------------------------------------x

        A conference this case is scheduled to proceed on **March 10, 2022, at 11:30 a.m.**, in Courtroom 17C. As requested by the defense, an on-duty CJA attorney will be directed to attend. The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

        The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

        SO ORDERED.

Dated: New York, New York                       /s/ Laura Taylor Swain
       February 25, 2022                          LAURA TAYLOR SWAIN
                                                                        Chief United States District Judge