# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL     212.763.0884
DIRECT EMAIL    shecker@kaplanhecker.com

March 1, 2022

**BY ECF**

The Honorable Laura Taylor Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, New York, NY 10007-1312

**MEMO ENDORSED**

Re:   *United States v. Jorge Gutierrez,* No. 1:20 Cr. 126 (LTS)

Dear Chief Judge Swain:

On behalf of Defendant Jorge Gutierrez, we respectfully request that defense counsel Sean Hecker be permitted to appear by telephone for the conference at Daniel Patrick Moynihan Courthouse on March 10, 2022, at 11:30 a.m. Defense counsel Mahrah Taufique will appear in person.

Respectfully submitted,

*/s/ Sean Hecker*

Sean Hecker
Mahrah Taufique
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Telephone: (212) 763-0883
Facsimile: (212) 564-0883
shecker@kaplanhecker.com
mtaufique@kaplanhecker.com

*Counsel for Defendant Jorge Gutierrez*

Application granted. The Court will provide Mr. Hecker the relevant dial-in information prior to the March 10 conference. DE#272 resolved.

SO ORDERED.
Dated: March 1, 2022
/s/ Laura Taylor Swain, Chief U.S.D.J.

cc: AUSA Adam Hobson (by Email)