UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

      -v-                                                 No. 20CR126-LTS

JORGE GUTIERREZ (6),

                       Defendant.

-------------------------------------------------------------X

**ORDER**

      As stated on the record in open court, the Court hereby appoints Eugene Ingoglia, Esq., as an additional CJA counsel solely for the purpose of consultation with Mr. Gutierrez for 30 days. Mr Ingoglia is directed to file a letter when he has completed his consultation or if he should need any additional time.

      SO ORDERED.

Dated: New York, New York
       March 10, 2022

                                                                /s/ Laura Taylor Swain
                                                              LAURA TAYLOR SWAIN
                                                              United States District Judge