# ALLEN & OVERY

**BY ECF**

The Honorable Laura Taylor Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, New York, NY 10007-1312

Allen & Overy LLP
1221 Avenue of the Americas
New York , NY  10020

| | |
|---|---|
| Tel | 212 610 6300 |
| Fax | 212 610 6399 |
| Direct line | 212 610 6369 |

eugene.ingoglia@allenovery.com

April 6, 2022

# MEMO ENDORSED

Re:   *United States v. Jorge Gutierrez*, No. 1:20 Cr. 126 (LTS)

Dear Chief Judge Swain:

On behalf of Defendant Jorge Gutierrez, we respectfully request a 14-day extension of time to complete our consultation with Mr. Gutierrez.  The additional time is necessary due to the volume of discovery.  We expect to complete our consultation by April 25.

Respectfully submitted,

*/s/ Eugene Ingoglia*
Eugene Ingoglia

*Counsel for Defendant Jorge Gutierrez*

cc: Sean Hecker (by Email)
Mahrah Taufique (by Email)
AUSA Adam Hobson (by Email)

Application granted.  DE#284 resolved.

SO ORDERED.
Dated: April 7, 2022
/s/ Laura Taylor Swain, Chief U.S.D.J.

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763.  t is authorized and regulated by the Solicitors Regulation Authority of England and Wales (SRA number 401323). Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practice in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Bangkok, Beijing, Belfast, Boston, Bratislava, Brussels, Budapest, Casablanca, Dubai, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), Johannesburg, London, Los Angeles, Luxembourg, Madrid, Milan, Moscow, Munich, New York, Paris, Perth, Prague, Rome, São Paulo, Seoul, Shanghai, Silicon Valley, Singapore, Sydney, Tokyo, Warsaw, Washington, D.C. and Yangon.