UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-126 (SHS) |
| -v- | : | ORDER |
| JORGE GUTIERREZ, | : | |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

At the request of defendant,

IT IS HEREBY ORDERED that the sentencing is adjourned to February 13, 2023, at 2:30 p.m.

Dated: New York, New York
February 7, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.